F. W. MARK CONSTRUCTION CO. v. PERFECT SAFETY SCAFFOLDING CO.

(Decided December 21, 1916.   73 South. 999.)

APPEAL from Birmingham City Court.

Heard before Hon. H. A. SHARPE.

FORNEY JOHNSTON and W. R. C. COCKE, for appellant. CABANISS & BOWIE, for appellee.

Per Curiam.—No reversible error is shown and the judgment of the trial court is affirmed.

ANDERSON, C. J., MAYFIELD, SOMERVILLE and THOMAS, JJ., concur.

---

GULAS v. SOFOUL.

(Decided November 28, 1916.   73 South. 1000.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant. D. J. FLUMMER, for appellee.

Per Curiam.—Appeal dismissed.

---

HAMILTON v. WORTHINGTON.

(Decided December 1, 1916.   73 South. 1000.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

RAY & COONER, for appellant. BANKHEAD & BANKHEAD, for appellee.

Per Curiam.—Appeal dismissed.